IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re | ) | CHAPTER 7 |
| | ) | |
| REGINALD CLAUSCHEE | ) | CASE NO. 4-07-02523-EWH |
| SUSAN F CLAUSCHEE | ) | |
| | ) | **PETITION TO PAY DIVIDEND IN** |
| Debtor(s). | ) | **THE AMOUNT LESS THAN $5.00** |
| | ) | **TO THE CLERK OF THE U. S.** |
| | ) | **BANKRUPTCY COURT** |
| | ) | |

Stanley J. Kartchner, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in 347 of the code.

| Claim No. | Creditors Name and Address | Amount Allowed | Amount Paid |
|---|---|---|---|
| 1 | GE Consumer Finance<br>For GE Money Bank<br>dba WHITEHALL/GEMB<br>PO Box 960061<br>Orlando FL 32896-0661 | $1,349.63 | $0.42 |
| 2 | Recovery Management Systems<br>For GE Money Bank<br>dba JCPENNEY CREDIT SERVICES<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | $319.91 | $0.09 |
| 3 | WELLS FARGO EFS<br>301 E 58TH ST N<br>SIOUX FALLS SD 57104 | $1,008.92 | $0.31 |
| 4 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | $4,122.76 | $1.29 |
| 5 | CHASE BANK USA, NA<br>P.O. BOX 3978<br>SEATTLE, WA 98124-3978 | $499.71 | $0.16 |

| | | | |
|---|---|---|---|
| 6 | CHASE BANK USA, NA<br>P.O. BOX 3978<br>SEATTLE, WA  98124-3978 | $2,370.96 | $0.74 |
| 8 | LVNV Funding LLC<br>assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $177.39 | $0.05 |
| 9 | LVNV Funding LLC<br>assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $1,002.72 | $0.31 |
| 10 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $12,537.38 | $3.91 |
| 11 | FIA CARD SERVICES, N.A.<br>BANK OF AMERICA<br>by American InfoSource L.P. as its agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | $14,907.77 | $4.65 |
| 12 | FIA CARD SERVICES, N.A.<br>BANK OF AMERICA<br>by American InfoSource L.P. as its agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | $9,160.84 | $2.86 |

Dated:  March 19, 2010                     /s/ SJK_____
                                                              Stanley J. Kartchner, Trustee